

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-19-00775-CR

Manuel Michael **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5412
Honorable Frank J. Castro, Judge Presiding

## O R D E R

Appellant's appointed counsel has filed a notice stating he was not notified of his appointment, and requesting clarification of the deadline to file the appellant's brief. We construe counsel's notice as a motion for an extension of time to file the appellant's brief and grant the motion. We order appellant's appointed counsel, Edward F. Shaughnessy, to file the appellant's brief within 30 days of this order.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court